IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3010 |
| vs. | |
| LEOBARDO GAMEZ ZAVALA, | JUDGMENT |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 57) is denied.

Dated this 20th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge